1   ROGER L. GRANDGENETT II, ESQ., Bar # 6323
SANDRA KETNER, ESQ., Bar # 8527
2   LITTLER MENDELSON, P.C.
50 West Liberty Street
3   Suite 400
Reno, NV  89501.1944
4   Telephone:     775.348.4888
Fax No.:          775.786.0127
5
Attorneys for Defendant
6   RENT-A-CENTER TEXAS, LLC

7

8                   **UNITED STATES DISTRICT COURT**

9                        **DISTRICT OF NEVADA**

10

11   GERMAN RAMIREZ,                          Case No. 3:13-cv-00310-RCJ-VPC

12                    Plaintiff,              **STIPULATION AND ORDER OF**
                                              **DISMISSAL OF PLAINTIFF'S CLAIMS**
13   vs.                                      **WITHOUT PREJUDICE**

14   RENT-A-CENTER TEXAS, LLC,

15                    Defendant.

16

17          Plaintiff German Ramirez and Defendant Rent-A-Center Texas, LLC[1] (collectively referred

18   to as the "Parties"), hereby stipulate and agree through their respective undersigned counsel, that the

19   above-captioned action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and

20   the Federal Arbitration Act, 9 U.S.C. §1 *et seq*.  The parties will resolve this matter pursuant to the

21   . . .

22   . . .

23   . . .

24   . . .

25   . . .

26

27

28   _____
     [1] Plaintiff sued the wrong defendant.  Rent-A-Center, Inc. was Plaintiff's employer.

LITTLER MENDELSON, P.C
ATTORNEYS AT LAW
50 West Liberty Street
Suite 400
Reno, NV  89501.1944
775.348.4888

*Mutual Agreement to Arbitrate Claims* between the Parties, which covers all claims alleged in the

Complaint.

**IT IS SO STIPULATED.**

Dated:  July 15, 2013                          Dated:  July 15, 2013

Respectfully submitted,                         Respectfully submitted,


_____/s/_____                          _____/s/_____
KENNETH J. MCKENNA, ESQ.          ROGER L. GRANDGENETT II
                                                            SANDRA KETNER, ESQ.
Attorneys for Plaintiff                           LITTLER MENDELSON, P.C.
GERMAN RAMIREZ
                                                            Attorneys for Defendant
                                                            RENT-A-CENTER TEXAS, LLC


**ORDER**

**IT IS SO ORDERED.**

Dated this 8th day of August, 2013.


_____
UNITED STATES DISTRICT COURT JUDGE

Firmwide:121732102.1 051536.1293

LITTLER MENDELSON, P.C
ATTORNEYS AT LAW
50 West Liberty Street
Suite 400
Reno, NV  89501.1944
775.348.4888

2.