1  ROGER L. GRANDGENETT II, ESQ., Bar # 6323
   SANDRA KETNER, ESQ., Bar # 8527
2  LITTLER MENDELSON, P.C.
   50 West Liberty Street
3  Suite 400
   Reno, NV 89501.1944
4  Telephone:    775.348.4888
   Fax No.:        775.786.0127
5
   Attorneys for Defendant
6  RENT-A-CENTER TEXAS, LLC

7

8                    UNITED STATES DISTRICT COURT

9                        DISTRICT OF NEVADA

10

11  GERMAN RAMIREZ,                         Case No. 3:13-cv-00310-RCJ-VPC

12              Plaintiff,                   **STIPULATION AND ORDER OF
                                            DISMISSAL OF PLAINTIFF'S CLAIMS
13  vs.                                      WITHOUT PREJUDICE**

14  RENT-A-CENTER TEXAS, LLC,

15              Defendant.

16

17        Plaintiff German Ramirez and Defendant Rent-A-Center Texas, LLC[1] (collectively referred

18  to as the "Parties"), hereby stipulate and agree through their respective undersigned counsel, that the

19  above-captioned action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and

20  the Federal Arbitration Act, 9 U.S.C. §1 *et seq*.  The parties will resolve this matter pursuant to the

21  . . .

22  . . .

23  . . .

24  . . .

25  . . .

26

27

28
_____
[1] Plaintiff sued the wrong defendant.  Rent-A-Center, Inc. was Plaintiff's employer.

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
50 West Liberty Street
Suite 400
Reno, NV 89501.1944
775.348.4888

1  *Mutual Agreement to Arbitrate Claims* between the Parties, which covers all claims alleged in the

2  Complaint.

3     **IT IS SO STIPULATED.**

4  Dated:  July 15, 2013                             Dated:  July 15, 2013

5  Respectfully submitted,                      Respectfully submitted,

6

7  _____/s/_____           _____/s/_____
   KENNETH J. MCKENNA, ESQ.          ROGER L. GRANDGENETT II
8                                                    SANDRA KETNER, ESQ.
   Attorneys for Plaintiff                     LITTLER MENDELSON, P.C.
9  GERMAN RAMIREZ
                                                     Attorneys for Defendant
10                                                  RENT-A-CENTER TEXAS, LLC

11

12                                                  **ORDER**

13     **IT IS SO ORDERED.**

14        Dated this 8th day of August, 2013.

15

16  _____
    UNITED STATES DISTRICT COURT JUDGE
17
    Firmwide:121732102.1 051536.1293
18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
50 West Liberty Street
Suite 400
Reno, NV 89501-1944
775.348.4888

2.